1

2

3                        UNITED STATES DISTRICT COURT

4                        EASTERN DISTRICT OF CALIFORNIA

5

6   RAYMOND POLK,                          1:14-cv-01369-GSA (PC)

7              Plaintiff,

8        v.                                ORDER TO SUBMIT APPLICATION
                                           TO PROCEED IN FORMA PAUPERIS
9   UNITED STATES OF AMERICA, et al.,      OR PAY FILING FEE WITHIN 45 DAYS

10             Defendants.

11

12       Plaintiff, a federal prisoner proceeding pro se in this civil rights action pursuant to <u>Bivens</u>

13  <u>vs. Six Unknown Agents</u>, 403 U.S. 388 (1971), filed this case on September 2, 2014, together

14  with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a copy of his

15  prison trust account statement.  (Docs. 1, 2.)  However, plaintiff did not file his application to

16  proceed in forma pauperis on the form used by this court.

17       Accordingly, IT IS HEREBY ORDERED that:

18       1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma

19  pauperis.

20       2.  Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

21  attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

22  the $400.00 filing fee for this action.  Plaintiff is not required to submit another copy of his trust

23  account statement.  **Failure to comply with this order will result in dismissal of this action.**

24  IT IS SO ORDERED.

25

26   Dated:   __September 4, 2014__          _____ **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE
27

28